UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:22-cv-00001

**Carmel Jesse Farmer,**
*Plaintiff,*

v.

**Sarah Pierson**
*Defendant.*

# ORDER

Plaintiff Carmel Jesse Farmer, a prisoner within the Texas prison system proceeding pro se and *in forma pauperis*, filed this lawsuit against defendant Sarah Pierson pursuant to 42 U.S.C. § 1983. This case was referred to United States Magistrate Judge John D. Love. On May 31, 2022, the magistrate judge issued a report recommending that plaintiff's lawsuit be dismissed, without prejudice, for plaintiff's failure to comply with an order of the court. Doc. 15. A copy of this report was sent to plaintiff at his address. To date, however, no objections have been filed.

When there have been no timely objections to a magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Plaintiff's lawsuit is dismissed, without prejudice, for the failure to comply with an order of the court. Any pending motions are denied.

*So ordered by the court on July 7, 2022.*

J. CAMPBELL BARKER
United States District Judge